## AMELIA SLOCUM, RESPONDENT, *v.* J. H. SLOCUM AND J. SLOCUM, APPELLANTS.

APPEAL—NOTICE—PRACTICE.—An appeal to the supreme court can not be taken except by filing the notice thereof with the clerk, and serving a copy thereof upon the adverse party or his attorney.

PRACTICE—SERVICE OF NOTICE OF APPEAL.—The service of the copy of a notice of appeal must be contemporaneous with, or after the filing of the notice; hence, the service upon the adverse party before the filing of the notice is not a sufficient service.

APPEAL—JURISDICTIONAL FACTS.—The filing of the notice of appeal and the service of a copy thereof are jurisdictional facts, and go to the right of appeal.

APPEAL from the district court of the second judicial district, Ada county.

*Albert Heed and F. E. Ensign,* for the appellants.

*Clitus Barbour,* for the respondent.

HOLLISTER, J., delivered the opinion. WHITSON, J., concurred.

This is a motion by respondent to dismiss the appeal herein. It appears from the record that notice of the appeal was filed in the clerk's office on the third day of January, 1875, and that the service thereof was made upon the attorney of the appellee on the second day of the same month.

It is provided in section 285 of the practice act (2 Sess. Laws, 134) that "the appeal shall be made by filing with the clerk of the court with whom the judgment or order appealed from is entered, a notice stating the appeal from the same, or some specific part thereof, and serving a copy thereof upon the adverse party or his attorney." By this statute it becomes necessary as a part of the notice that it should be filed, and consequently it must precede or be contemporaneous with the service of a copy on the adverse party. This has been decided in California under a statute similar to ours, and in adopting its statute we adopt the construction which has been given to it by the courts of that state.

Before this court can take jurisdiction of an appeal the filing of the notice and the service of a copy thereof as prescribed by the statute must be had, and before the notice is filed, it possesses none of the elements of a notice, and consequently there can be no copy of it. (See 24 Cal. 94; 10 Id. 31; 34 Id. 519; 8 Nev. 177.)

The motion is allowed and the appeal dismissed.